IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02514-CMA

SABIR SHABAZZ,

    Plaintiff,

v.

BUREAU OF PRISONS,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Rejecting Recommendation and Granting Defendant's Motion to Dismiss (Doc. # 62), entered by Judge Christine M. Arguello on September 4, 2020, it is

ORDERED that Magistrate Judge Neureiter's Recommendation (Doc. # 54) is REJECTED.   It is

FURTHER ORDERED that the Bureau of Prison's Motion to Dismiss (Doc. # 28) is GRANTED.   It is

FURTHER ORDERED that Plaintiff's Amended Complaint (Doc. # 25) is DISMISSED WITH PREJUDICE.   It is

FURTHER ORDERED that this case is terminated.

Dated:   September 4, 2020

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By:   s/ S. West
       S. West, Deputy Clerk

2